**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

   vs.                                         **CASE NO.8:00-CR-347-T-24MSS**
**SHANNON WILKERSON**
    **Defendant**

**ORDER**

The United States Sentencing Commission has promulgated Amendment 706 lowering the base offense level for cocaine base (crack cocaine) offenses by two levels for eligible defendants sentenced on or after November 1, 2007. The Commission later decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2007. Defendant **Shannon Wilkerson** having been sentenced prior to November 1, 2007, has filed a *pro se*, motion to reduce sentence, alleging her eligibility for the two-level reduction in her base offense level. The motion was filed on March 12, 2008.

On February 20, 2008, prior to the Wilkerson's filing her motion, the Court entered a sua sponte order appointing the office of the Federal Public Defender to represent Wilkerson for the purpose of seeking a reduction of Defendant's original sentence. The Court also ordered the United States Probation Office to provide the Court as well as Defendant's counsel a supplemental response to the presentence report which

addressed whether Wilkerson was eligible for a reduction of her sentence. The Probation Office filed the supplemental response to the presentence report stating that Wilkerson was ineligible for a sentence reduction because Wilkerson was sentenced to a 120 month minimum mandatory sentence. The United States Attorney filed a response stating that Amendment 706 does not affect Wilkerson's sentence because she was subject to a statutory minimum sentence of 120 months and the sentence imposed was 120 months. On March 14, 2008, the Federal Public Defender's Office filed a response in which they agreed that Wilkerson was ineligible for any relief under Amendment 706 and 711 based on the 120 month minimum mandatory sentence.

Shannon Wilkerson pled guilty to conspiracy to possess with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C.§§846 & 841(b)(1)(A). The offense has a statutory minimum mandatory penalty of 120 months of imprisonment. Defendant Wilkerson was sentenced to 120 months. A two level reduction in the U.S.S.G. base offense level would have no effect on Defendant Walkerton's sentence since the Court is required by statute to impose a minimum mandatory sentence of 120 months imprisonment. Accordingly the motion is DENIED.

It is so ORDERED this 17th day of March, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copy: Shannon Walkerton
       Federal Correctional Institution
       501 Capital Circle NE
       Tallahassee, Florida 32301

       United States Probation Office